ACCEPTED
07-15-00022-CR
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
4/10/2015 7:08:23 PM
Vivian Long, Clerk

IN THE SEVENTH COURT OF APPEALS

FOR THE STATE OF TEXAS

TODD RICHARD WARREN

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
4/10/2015 7:08:23 PM
VIVIAN LONG
CLERK

VS.                                                    NO.  07-15-00022-CR

THE STATE OF TEXAS

---

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE SEVENTH COURT OF APPEALS:

COMES NOW, Appellant, by and through his attorneys, Keith S. Hampton and Cynthia L. Hampton, and files this his *Motion for Extension of Time to File Appellant's Brief*, pursuant to Rules 9, 10 and 38.60 of the Texas Rules of Appellate Procedure, and in support thereof, would show the Court the following:

**I.**

Appellant was charged by indictment with aggravated assault of a police officer committed on or about July 24, 2013. (CR, p. 9).[1] On July 25, 2014, Appellant signed a judicial confession and agreed to have the Court determine punishment during a hearing, but maintained his right to appeal issues relating to the punishment phase of trial. (CR, p.18, 19-20). On October 31, 2014, the Court sentenced Appellant to 18 years in the state penitentiary, and entered a deadly weapon finding in the judgment. (CR, p. 20-21).

---

[1] "CR" refers to the Clerk's Record.  The Reporter's Record is referenced by volume and page number.

1

## II.

Appellant timely filed his notice of appeal and designation of record. The reporter's record was prepared and filed in this Court on March 2, 2015, and the Clerk's Record on December January 28, 2015. A supplemental Reporter's Record was filed on March 31, 2015. Appellant's brief was due on April 1, 2015. However, no brief was filed. This is the first extension of time that Appellant has requested.

## III.

Appellant's attorneys seek additional time to file his brief. Appellant was originally appointed counsel for this appeal. However, Appellant then retained Keith S. Hampton, who filed a *Motion to Substitute* on March 16, 2015, which was not disposed of until March 7, 2015, when it was granted by this Court. Counsel did not receive the Reporter's Record until April 9, 2015, after this Court had granted his *Motion to Substitute*. Consequently, counsel has not been able to review the record, which consists of five volumes. Counsel thus seeks thirty additional days from April 9, 2015, to file Appellant's Brief, making it due on May 11, 2015.

## PRAYER

Wherefore, premises considered, undersigned counsel prays this Court to extend the time for filing Appellant's brief thirty additional days from Thursday, April 9, 2015, which would make the brief due on Monday, May 11, 2015.

Respectfully submitted,

_____
Keith S. Hampton
SBN # 08873230
keithshampton@gmail.com

_____
Cynthia L. Hampton
SBN #11937450
hamplaw2@gmail.com

1103 Nueces Street
Austin, Texas 78701
(512) 476-8484 (office
(512) 762-6170 (KSH mobile)
(512) 731-5926 (CLH mobile)

Counsel for Appellant

By affixing our signatures above, we, hereby certify that a true copy of *Appellant's Motion for Extension of Time to File Appellant's Brief* has been electronically delivered to: Williamson County District Attorney's Office 405 Martin Luther King, Suite 1,Georgetown, Texas 78626, on this day, April 10, 2015.